# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| John and Jill Hastings,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br>RealPage, Inc.,<br><br>　　　　　　　　　Defendant. | Civil Action No.:  4:18-cv-00889-ALM-KPJ |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: August 26, 2019

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 By: */s/ Jody B. Burton*

　　　　　　　　　　　　　　　　　　　Jody B. Burton, Esq.
　　　　　　　　　　　　　　　　　　　CT Bar No. 422773
　　　　　　　　　　　　　　　　　　　LEMBERG LAW, L.L.C.
　　　　　　　　　　　　　　　　　　　43 Danbury Road, 3rd Floor
　　　　　　　　　　　　　　　　　　　Wilton, CT 06897
　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　　　　　　jburton@lemberglaw.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 26, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By __/s/ Jody B. Burton_____

                 Jody B. Burton